[No. 16745-0-II.    Division Two.    June 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CYRIL FRANCIS OAKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-1-00609-3, Carol A. Fuller, J., entered January 6, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 33295-3-I.    Division One.    June 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MCISAAC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00974-3, Deborah Fleck, J., entered August 20, 1993. *Remanded* by unpublished per curiam opinion.

[No. 31572-2-I.    Division One.    June 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00475-0, John F. Wilson, J., entered September 30, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30704-5-I.    Division One.    June 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NAI S. SAECHAO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00712-8, John M. Darrah, J., entered May 7, 1992. *Dismissed* by unpublished per curiam opinion.